

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| *In re:* | Chapter 7 |
|---|---|
| COMPASS MEDICAL P.C., <br> Debtor | 23-10886-CJP |

### PROCEEDING MEMORANDUM AND ORDER

**MATTERS:**

**Zoom Hearing Re:**

#106 Expedited Motion of the Chapter 7 Trustee, John Aquino, for Order Approving Sale of Certain Equipment and Inventory Located at Debtor's Easton and Taunton Facilities, and Assignment of Lease for Easton Facility, Pursuant to Sections 363 and 365 of the Bankruptcy Code, Free and Clear of Liens, Claims, and Interests; #124 Response of Easton 21 Bristol, LLC; #125 Limited Objection of Medibot, LLC,

and

#107 Expedited Motion of the Chapter 7 Trustee, John Aquino, for Order Approving Continuity of Care Services Agreement; #123 Statement and Reservation of Rights of Joseph Tomaino, Patient Care Ombudsman.

**DECISION STATED AS FOLLOWS.**

FOR THE REASONS DISCUSSED AT THE SEPTEMBER 12, 2023 HEARINGS, THE MOTIONS [DKT. NOS. 106 AND 107] ARE GRANTED AS WILL BE SET FORTH IN SEPARATE ORDERS TO ENTER. THE CHAPTER 7 TRUSTEE SHALL SUBMIT FORMS OF ORDER AS DISCUSSED ON THE RECORD.

Dated: September 13, 2023

By the Court,

Christopher J. Panos
United States Bankruptcy Judge

2