**Joseph J. Tomaino**
**Chief Executive Officer**
**Grassi Healthcare Advisors LLC**
**750 Third Avenue, 28th Floor**
**New York, NY 10017**
**212-223-5020**
**jtomaino@grassihealthcareadvisors.com**

*Patient Care Ombudsman*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION
-------------------------------------------------------------X
In re:

Compass Medical PC                                    Chapter 7
                                                      Case No. 23-10886 (CJP)

Debtor.

-------------------------------------------------------------X

## INTERIM REPORT OF
## JOSEPH J. TOMAINO
## AS PATIENT CARE OMBUDSMAN

      I, Joseph J. Tomaino, the duly appointed Patient Care Ombudsman (the "PCO") appointed by the United States Trustee pursuant to an order of the United States Bankruptcy Court for the District of Massachusetts, Boston Division (the "Bankruptcy Court") entered in the above-captioned bankruptcy case, file this fourth report pursuant to section 333(b)(2) of title 11, United States Code (the "Bankruptcy Code"). This case involves Compass Medical P.C., (the "Debtor"), a multi-site medical practice.

      On February 15, 2024, the Court issued an order *(Doc. 238, Order Authorizing Disposal and Destruction of Business and Medical Records)* stating that on or before 30 days from signing the order, Steward Medical Group (SMG) shall take possession of all medical records of Compass Medical Group, including those of patients who were not patients of SMG under the previous joint venture with Compass Medical Group.

      SMG provided the Trustee with email and fax numbers to provide patients so they can request their medical records. The Trustee shared those contact details with the PCO who has provided them to patients upon request. These patients are reporting back that there continues to be no responses to inquiries at those contacts. Some patients have made contact by calling other SMG numbers and have been redirected to multiple numbers, only to be given the number of the PCO to contact.

  Counsel for PCO has made multiple attempts to connect with Counsel for SMG without success.  The PCO has had several calls with the Trustee and his Counsel, as well as Assistant Attorney General.  The PCO made complaints on behalf of the former Compass patients to both the Massachusetts Department of Public Health and the United States Office of Civil Rights. As of Friday, April 12, 2024, the PCO continued to receive calls from former Compass patients that the issue persists.

*Risk Assessment*

  When evaluating a healthcare business in bankruptcy, based on the initial assessment of the PCO, the Debtor is categorized into a low, medium, or high-risk level based on data collected and interviews with management, patients, and staff. This initial determination of the level of risk may be adjusted as findings either improve or deteriorate. These levels are outlined below:

- Low-level risk evidenced by transparent reporting, and no observable staffing, supply or quality of care issues that are not readily resolved.

- Mid-level risk evidenced by transparent reporting with some significant observable staffing, supply, or quality issues, or lack of transparent reporting.

- High-level risk evidenced by significant staffing, supply, or quality issues observed, or risk of partial or full closing of services.

Healthcare debtors can move between levels of risk over the course of bankruptcy.

**Based on the observations made and outlined in this report, the current risk level for this case continues to be at <u>high level</u> based on the lack of responsiveness by Steward Medical Group to patient requests for their records.**

*Monitoring Plan*

  The PCO will continue to pursue the information requested and will continue to communicate with patients who call.  The PCO will monitor the noticing of patients on the arrangement for obtaining their medical records from the permanent custodian, Steward Medical Group.  The PCO will report to the Court and participate in any related status conferences.

  Consistent with requirements outlined in Bankruptcy Rule 2015.1-1, notice of this report will be served on each entity that issues licenses or regulates the Debtor.

  The Ombudsman will make his next report in sixty (60) days or sooner, if circumstances warrant.

Dated: April 15, 2024
Manhattan, New York

JOSEPH J. TOMAINO, SOLELY IN HIS CAPACITY AS THE COURT APPOINTED PATIENT CARE OMBUDSMAN

/s/ *Joseph J. Tomaino*
JOSEPH J. TOMAINO