

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: Compass Medical P.C. — Debtor | Chapter 7<br>23-10886-CJP |
|---|---|

## ORDER

**MATTER:**
#341 Motion filed by Trustee John Aquino Approve Agreement with HPI to Establish Claims Adjudication Process.

NO OBJECTIONS HAVING BEEN FILED AND GOOD CAUSE APPEARING FOR THE REQUESTED RELIEF, THE TRUSTEE'S MOTION [ECF NO. 341] IS GRANTED AND THE AGREEMENT WITH HEALTH PLANS, INC. ESTABLISHING CLAIMS ADJUDICATION PROCESS IS HEREBY APPROVED.

Dated: 12/05/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge